USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-13-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
KENT ADAM JAMES,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
-------------------------------------x

18 Civ. 10389 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Petitioner Kent James may submit a response to the Government's December 6, 2019 submission [dkt. no. 23] no later than March 1, 2020.

    The Clerk of the Court shall send a copy of this order, along with the Government's submission [dkt. no. 23], to Mr. James by certified mail.

SO ORDERED.

Dated:    New York, New York
            January 13, 2020

                                  *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge