UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT ADAM JAMES,

        Petitioner,

  -versus-

UNITED STATES OF AMERICA,

        Defendant.

18 Civ. 10389 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Clerk of the Court is directed to mail a copy of the order dated July 7, 2020 [dkt. no. 28] to Mr. James by certified mail along with a copy of this order.

**SO ORDERED.**

Dated: July 30, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.