UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -versus-

KENT ADAM JAMES,

          Defendant.

18-CV-10389 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. James's letter regarding the Court's August 17, 2020 order.  (Dkt. no. 33.)  Mr. James's time to file his notice of appeal is extended to October 8.   The Clerk of the Court shall mail a copy of this order to Mr. James.

**SO ORDERED.**

Dated:  September 3, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.